IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMIE L. JONES,

    Plaintiff,

v.                      CASE NO. 5:08cv261-RH/WCS

SGT. EDWARD LEE, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 19). No objections have been filed.

The plaintiff's first amended complaint was deficient. The magistrate judge entered an order noting some of the deficiencies and directing the plaintiff to file a second amended complaint. The plaintiff failed to do so, and the deadline has passed. The case now properly should be dismissed based on the plaintiff's failure to abide a court order and failure to prosecute. Accordingly,

    IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter

*Page 2 of 2*

judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

      SO ORDERED on February 9, 2009.

                                      s/Robert L. Hinkle
                                      Chief United States District Judge